IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR -1  A 10: 18

DEBRA P. HACKETT, CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) CR. NO. 2:07CR47-TFM<br>) (18 U.S.C. 641) |
| ALICE JACKSON | )<br>)<br>) INFORMATION<br>)<br>) |

The United States Attorney charges:

## COUNT

On or about the 23rd day of January, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ALICE JACKSON did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*NF*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 23 January 2007, I observed, via closed circuit monitors, ALICE B. JACKSON, agent for Air Force Staff Sergeant Tamika Hawkins, as she selected four sets of jewelry from a display in the Exchange. JACKSON put the jewelry in the bottom of her shopping cart on top of sales flyers. As JACKSON shopped around the store, the jewelry was visible until she went to the shoe department. When she left the shoe department, the jewelry was not visible. JACKSON continued to shop around and finally went to the central checkout where she paid for several items, but not the jewelry. I followed JACKSON out of the store to her car. JACKSON began to transfer her bags to her car and she then reached into the cart, lifted the sales flyers, picked up the jewelry and put the items of jewelry into a bag she had. At that time, I approached JACKSON, told her who I was, asked for her identification, and finally escorted her to the security office in the store. JACKSON was not cooperative. Security Forces was called and responded. JACKSON admitted she had taken the items, but claimed she had forgotten to pay for them. When Security Forces arrived, JACKSON was searched and an item of cosmetics was found hidden by her purse that was not on her receipt. The items not paid for were: Nine West earrings, value $24.00; Nine West earrings, value $19.00; Sterling Silver earrings, value $13.49; Ashley B. earrings, value $3.95; and Lancome mascara, value $19.55. Total value of items is $79.99. JACKSON was transported to the Law Enforcement Desk for further processing.

*Robert G. Smith* (signature)
ROBERT G. SMITH

Subscribed and sworn to before me this 21st day of February, 2007.

*Audrey F. Griffin* (signature)
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS