IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| Plaintiff, ) | |
| ) | 2:07CR47-TFM |
| v. ) | |
| ) | |
| ALICE JACKSON ) | |
| Defendant. ) | May 8, 2007 |

RECEIVED 2007 MAY -8 A 10: 28

## NOTICE OF APPEARANCE

Comes now Joseph C. Guillot of McPhillips Shinbaum, L.L.P. and hereby gives notice of his appearance as counsel for Defendant Alice Jackson in the above-styled cause.

Respectfully submitted this 8th day of May, 2007.

_____
Joseph C. Guillot (GUI011)
Attorney for Defendant

OF COUNSEL:
**McPHILLIPS SHINBAUM, L.L.P.**
P. O. Box 64
Montgomery, AL 36101
Telephone - 334) 262-1911
Facsimile - 334) 263-2321

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel for the United States via hand delivery in open court:

Kent Brunson, Esq.
Assistant United States Attorney
201 One Court Square
Montgomery Alabama 36104

Neal B. Frazier, Esq.
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL 36112

This the 8th day of May, 2007.

_____
Of Counsel