IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-cr-47-TFM |
| ) | |
| ALICE JACKSON ) | |

MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW Reese H. Hays III** and enters the withdrawal of Neal B. Frazier as government counsel in the above-captioned case. Mr. Frazier has been reassigned to another office and will no longer be representing the government in this matter. I, Reese H. Hays III, will be the designated government representative on which service may be made.

Respectfully submitted this 5th day of June, 2007.

s/Reese H. Hays III
Reese H. Hays III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
(334) 953-2786

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Reese H. Hays III
Reese H. Hays III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786