IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-47-TFM |
| | ) | |
| ALICE JACKSON | ) | |
| | ) | **INFORMATION** |
| | ) | |
| | ) | |

**GOVERNMENT RESPONSE TO ORDER ON ARRAIGNMENT**

    On 10 May 07, the United States District Court for the Middle District of Alabama Northern Division ordered that, on or before five days prior to the pretrial conference, the government advise the court in writing as to whether this case will be tried.  It is the intent of the government to proceed to trial.

        Respectfully submitted,

        s/Satura McPherson
        SATURA MCPHERSON
        Special Assistant United States Attorney
        42 ABW/JA
        50 LeMay Plaza South
        Maxwell AFB AL  36112-6334
        (334) 953-2786

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 11th day of June, 2007, and in the matter of *United v. Alice Jackson,* 2:07-cr-47-TFM, I electronically filed the Government Response to Order on Arraignment with the Clerk of the Court using the CM/ECF system which will send notification to Attorney Joseph Charles Guillot.

      Respectfully submitted,

      s/Satura McPherson
      SATURA MCPHERSON
      Special Assistant United States Attorney
      42 ABW/JA
      50 LeMay Plaza South
      Maxwell AFB AL  36112-6334
      (334) 953-2786