**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-47-TFM |
| | ) | |
| **ALICE JACKSON** | ) | |

**MOTION TO WITHDRAW AND SUBSTITUTE**

    **COMES NOW L. Amber Brugnoli** and enters the withdrawal of Reese H. Hays III as government counsel in the above-captioned case. Mr. Hays will not be able to attend the July 9, 2007, court date due to a conflicting court appearance. I, L. Amber Brugnoli, will be the designated government representative on which service may be made.

    Respectfully submitted this 14th day of June, 2007.

    /s/L. Amber Brugnoli
    L. AMBER BRUGNOLI
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    (334) 953-2786

CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    /s/ L. Amber Brugnoli
    L. AMBER BRUGNOLI
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, Alabama  36112-6334
    (334) 953-2786

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-47-TFM |
| | ) | |
| ALICE JACKSON | ) | |

## **ORDER**

Upon consideration of Government's Motion to Withdraw and Substitute filed on June 14, 2007, it is ORDERED that the motion is GRANTED.

DONE, this _____ day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE