IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | 2:07CR47-TFM |
| ) | |
| ALICE JACKSON ) | |
|     Defendant. ) | June 15, 2007 |

## RESPONSE TO ORDER ON ARRAIGNMENT

Comes now Joseph C. Guillot of McPhillips Shinbaum, L.L.P., and in accordance with this Courts's Order on Arraignment dated May 10, 2007, hereby gives notice to this Court that, on June 13, 2007, he reviewed the videotape provided by Counsel for United States.

Respectfully submitted this 15th day of June, 2007.

                                        /s/Joseph C. Guillot
                                        Joseph C. Guillot (GUI011)
                                        Attorney for Defendant

OF COUNSEL:
**McPHILLIPS SHINBAUM, L.L.P.**
P. O. Box 64
Montgomery, AL  36101
Telephone - 334) 262-1911
Facsimile - 334) 263-2321

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I have served a copy of the foregoing document upon the following counsel for the United States via the Court's electronic filing system.

| | |
|---|---|
| Kent Brunson, Esq. | Neal B. Frazier, Esq. |
| Assistant United States Attorney | Satura McPherson, Esq. |
| 201 One Court Square | Amber Brugnoli, Esq. |
| Montgomery Alabama 36104 | Reese H Hays , III |
| | Special Assistant United States Attorneys |
| | 42 ABW/JA |
| | 50 LeMay Plaza South |
| | Maxwell AFB AL 36112 |

                                        /s/Joseph C. Guillot
                                        Of Counsel