IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07-cr-47-TFM |
| ) | |
| ALICE JACKSON   ) | |

### ORDER

Upon consideration of Government's Motion to Withdraw and Substitute filed on June 14, 2007, it is ORDERED that the motion is GRANTED.

DONE, this 15th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE