IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CR NO. 2:07CR47-TFM |
| ) | |
| ALICE JACKSON     ) | |

## **ORDER**

For good cause, it is

ORDERED that the defendant, Alice Jackson, shall appear for sentencing on 9/4/2007 at 10:00 a.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this 11th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE