IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v                         )      CRIMINAL ACTION NO.
                              )      2:07CR47-TFM
ALICE JACKSON                 )
```

ORDER

Upon due consideration the defendant's Renewed Motion for Judgment of Acquittal (Doc. 19, filed 7/16/2007), it is

ORDERED that the **Motion is Denied.**

DONE this 18th Day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE